# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL CASTRO, | ) | Case No. CV 16-2083-CAS (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| STEVEN LANGFORD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: April 26, 2017

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE